AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

──────────── District of ────────────

**APPEARANCE**

CASE NUMBER: 04-M00109-LPC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Grant Boyd

I certify that I am admitted to practice in this court.

1/3/05
Date

Signature

John T. Diamond III
Print Name                                    Bar Number

15 Foster St
Address

Quincy                MA        02169
City                  State     Zip Code

(617) 770-0000 x110
Phone Number                    Fax Number