AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

———————— District of ————————

U.S.

v.

Grant Boyd

**APPEARANCE**

CASE NUMBER: MBJ-04-109

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for      Grant Boyd

I certify that I am admitted to practice in this court.

1/12/05
Date

*Signature*

Peter C. Horstmann     556377
Print Name                          Bar Number

Partridge, Ankner + Horstmann
200 Berkeley St, 16th Floor
Address

Boston,       MA       02116
City              State        Zip Code

(617) 859-9999     " 9998
Phone Number                  Fax Number

# UNITED STATES DISTRICT COURT

———————— District of ————————

U. S. A.

v.

Boyd Grant

**APPEARANCE**

CASE NUMBER: MJ 04-109

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Boyd Grant

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1-12-05 | *Signature* |
| Date | |
| | ANTHONY J. MANIECI    559703 |
| | Print Name    Bar Number |
| | PO Box 1195 |
| | Address |
| | BOSTON    MA    02117 |
| | City    State    Zip Code |
| | 401 270-9665 |
| | 617 308 3116    617 859 9998 |
| | Phone Number    Fax Number |