UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No.
04-M00109-LPC

UNITED STATES OF AMERICA

v.

GRANT BOYD

ORDER OF DETENTION

January 20, 2005

COHEN, M.J.

After hearing, the defendant having consented to an order of detention with prejudice to reconsideration on motion duly filed, and the defendant having waived a probable cause hearing under Rule 5.1, F.R. Crim. P, it is hereby ordered that the defendant be bound over for appropriate grand jury action, and:

IT IS ORDERED that the defendant be DETAINED pending trial, and it is further Ordered--

(1) That the defendant be committed to the custody of the Attorney General for confinement in a correction facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal

(2) That the defendant be afforded a reasonable opportunity for private

consultation with counsel; and

    (3) On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

*/s/ Lawrence P. Cohen*
_____
UNITED STATES MAGISTRATE JUDGE